IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JABBAAR M. ABDUL,**

   *Plaintiff*,

v.                                            Case No.: 4:22cv368-MW/MAF

**RICKY DIXON,**

   *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED** without prejudice under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) as malicious because it is a duplicative filing and because Plaintiff made affirmative misrepresentations relating to his litigation history, and for failure to comply with court orders pursuant to Fed. R. Civ. P. 41(b) and N.D. Fla. Loc. R.

41.1." The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and close the file.

**SO ORDERED on January 20, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
